STATE OF MINNESOTA v. ROBERT P. LEWIS COMPANY.[1]

November 23, 1897.

Nos. 10,874—(23).

**Taxes—Review of Judgment—Sufficiency of Certificate.**
    *Held,* in proceedings to enforce the collection of taxes delinquent upon real estate, certified under the provisions of G. S. 1894, § 1589, that the certificate of the trial judge is insufficient.

In proceedings in the district court for Ramsey county to enforce payment of delinquent real-estate taxes for the year 1895, defendant duly filed objections to the collection of $286 assessed against certain land of defendant as and for a water frontage tax. At the hearing of the objections the court, Willis, J., ordered judgment for

[1] Reported in 72 N. W. 962.

plaintiff upon the pleadings. At the request of defendant the case was certified to the supreme court. Dismissed.

*S. A. Anderson,* County Attorney, and *F. W. Zollman,* Assistant County Attorney, for plaintiff.

*James E. Markham* and *Carl Taylor,* in behalf of the City of St. Paul, by consent filed a brief for plaintiff.

*Daniel W. Doty,* for defendant.

PER CURIAM.

Tax case attempted to be certified to this court, in accordance with the provisions of G. S. 1894, § 1589. It was held in County v. St. Paul, 42 Minn. 451, 44 N. W. 982, that, to comply with the terms of said section 1589, the trial court must state what point or points he certifies for the opinion of this court, and that, except as to these points, the determination of the trial court is final. This case was followed in State v. St. Croix, 49 Minn. 450, 52 N. W. 44. What was there said in respect to the insufficiency of the certificate is applicable here. It is not stated what particular points are certified, and it nowhere appears from the record that a single one of the many now argued by counsel were ever brought to the attention of the trial judge, considered or passed upon by him.

As the certificate is insufficient, and confers no jurisdiction upon this court, the proceeding is dismissed, and the cause remanded to the district court.